523 P.2d 781

**STATE of Arizona ex rel. Obed M. LASSEN, State Land Commissioner, Appellant,**

v.

**SELF–REALIZATION FELLOWSHIP CHURCH, Appellee.**

No. 11501–PR.

Supreme Court of Arizona.

July 2, 1974.

Ordered: Vacating the order heretofore entered herein granting petition for review.

Further ordered: Denying said petition for review.